FILED
DEC 2 4 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BOOKER THEODORE WADE JR.         No. C-14-05628 LHK

Appellant,

_____/

RE:

**Bankruptcy Case: 13-50376**

**Adversary No.:**

**BAP No.:**

**Appellant: Booker Theodore Wade, Jr.**

This Court has received a copy of the Notice of Appeal in the above reference case upon election of direct appeal to the District Court.

The appeal has been assigned the following case number, C- 14-05628 before the Honorable Lucy H. Koh.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 28 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 14 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 14 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: Dec 24, 2014

> For the Court
> Richard W. Wieking, Clerk
>
> _____
> By: Deputy Clerk

cc: USBC
    Counsel of Record