UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BOOKER T. WADE, JR.,<br><br>Debtor. | Case No. 14-CV-05628-LHK<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Booker T. Wade ("Appellant") filed a notice of appeal under 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001(a) from an order of the Bankruptcy Court entered December 10, 2014, captioned, "Order Denying Emergency Motion to Compel Arbitration and Motion for Stay." ECF No. 1. Appellant's notice of appeal was timely filed on December 24, 2014. *Id.* On December 24, 2014, the Clerk issued an order directing the parties to perfect the record pursuant to Federal Rule of Bankruptcy Procedure 8006 and 8007 before this appeal may proceed. ECF No. 2. Since that time, no action has been taken in this matter.

The Court hereby orders Appellant to show cause why this case should not be dismissed for failure to prosecute. Appellant has until May 13, 2015, to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for May 28, 2015, at 1:30 p.m. Appellant's

1   failure to respond to this Order and to appear at the May 28, 2015 hearing will result in dismissal
2   of this appeal for failure to prosecute.
3   **IT IS SO ORDERED.**
4
5   Dated: April 23, 2015

    *Lucy H. Koh*
    _____
    LUCY H. KOH
    United States District Judge