UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BOOKER T. WADE JR.,<br><br>Debtor. | Case No. 14-CV-05628-LHK<br><br>**ORDER RE: OSC AND DEADLINE WITHIN WHICH TO PERFECT THE RECORD** |

The Court held a hearing on its Order to Show Cause on May 27, 2015. Appellant Booker T. Wade Jr. ("Debtor" or "Appellant") complied with the Court's Order directing Appellant to file a response by May 13, 2015 and to appear at the May 27, 2015 hearing. The Court therefore VACATES the Order to Show Cause.

Appellant shall perfect the record in this appeal by May 28, 2015. The Court cautioned Appellant on the record that failure to meet this deadline will result in a dismissal with prejudice.

The Court referred Appellant to Mr. Knestrick, the staff attorney for the Federal Pro Se Program. Appellant is strongly encouraged to make an appointment with Mr. Knestrick and to consult with Mr. Knestrick as soon as possible. Appellant can contact Mr. Knestrick at (408) 297-1480.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
LUCY H. KOH
United States District Judge